**SARA M. PELOQUIN**
California State Bar No. 254945
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Sara_Peloquin@fd.org

Attorneys for Mr. Rueda-Aleman

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 08MJ1349 |
| Plaintiff,  ) | |
| v.  ) | **NOTICE OF APPEARANCE** |
| **OMAR RUEDA-ALEMAN,**  ) | |
| Defendant.  ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: May 1, 2008             /s/  *Sara Peloquin*
                               **SARA M. PELOQUIN**
                               Federal Defenders of San Diego, Inc.
                               Attorneys for Mr. Rueda-Aleman

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 1, 2008                             /s/ Sara Peloquin
                                                             **SARA M. PELOQUIN**
                                                             Federal Defenders of San Diego, Inc.
                                                             225 Broadway, Suite 900
                                                             San Diego, CA  92101-5030
                                                             (619) 234-8467  (tel)
                                                             (619) 687-2666  (fax)
                                                             Sara_Peloquin@fd.org